■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN KACZMAREK, Appellant. (Appeal No. 2.) [21 NYS3d 664]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered December 17, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed and the matter is remitted to Supreme Court, Erie County, for proceedings pursuant to CPL 460.50 (5).

Same memorandum as in *People v Kaczmarek* ([appeal No. 1] 134 AD3d 1416 [2015]). Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.

■ DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, v ERIE CANAL HARBOR DEVELOPMENT CORPORATION, Respondent. (Appeal No. 1.) [21 NYS3d 663]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered April 3, 2014. The order denied plaintiff's motion for summary judgment and, upon searching the record, granted summary judgment to defendant and dismissed the complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *DiPizio Constr. Co., Inc. v Erie Canal Harbor Dev. Corp.* ([appeal No. 3] 134 AD3d 1418 [2015]). Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.